PROB 12B
(7/93)

Report Date: December 23, 2005

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 3 0 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason Charles Brown          Case Number: 2:96CR00187-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 4/18/1996          Type of Supervision: Supervised Release

Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1)          Date Supervision Commenced: 3/18/2005

Original Sentence: Prison - 120 Months; TSR - 60 Months          Date Supervision Expires: 3/17/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16. You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

17. You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

18. You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On December 1, 2005, Jason Brown was arrested by the Washington State Patrol and charged with the offense of driving while under the influence of intoxicants. The charges remain pending in the Spokane County District Court. Following the defendant's arrest, he was referred to New Horizons Counseling Services for an evaluation. He is scheduled to start the treatment program there January 5, 2006. The modification of conditions will allow the probation office to more closely monitor the defendant's activities in the community, and restrict his ability to consume alcohol. The defendant has agreed to this modification, and has signed the attached waiver.

by  Respectfully submitted,

Richard B. Law
U.S. Probation Officer
Date: December 23, 2005

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

December 27, 2005
Date