PROB 12B
(7/93)

Report Date: May 27, 2008

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 3 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason Charles Brown          Case Number: 2:96CR00187-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 04/18/1996          Type of Supervision: Supervised Release

Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1)          Date Supervision Commenced: 02/25/2008

Original Sentence: Prison - 120 Months; TSR - 60 Months          Date Supervision Expires: 09/17/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

20    You shall take medications as recommended and prescribed by the mental health treatment providers.

## CAUSE

As the Court may recall, on August 17, 2007, a violation report requesting the issuance of a warrant was submitted in reference to the above individual. On that date, a warrant was issued for the arrest of Jason Charles Brown. The violations surrounded alleged actions that the defendant was involved in an assault. Subsequently, he was taken into custody on August 21, 2007, by Renton, Washington, police officers for the charge of second degree assault. The warrant issued by Your Honor was lodged as a detainer. On February 21, 2008, Jason Charles Brown was found not guilty by a jury of his peers for the offense of second degree assault. He was then brought before a U.S. Magistrate Judge in the Western District of Washington and was ordered to be released on February 25, 2008. Following his release from Federal custody, he immediately reported to the undersigned officer in the Eastern District of Washington. There is a pending violation regarding the defendant's alleged conduct that occurred in August 2007.

After reviewing the evidence in this matter, to include court testimony, and the fact that the defendant was found not guilty by a jury of his peers, the undersigned officer is requesting that the petition dated August 17, 2007, be withdrawn, further proceedings regarding this matter be struck, and that the above modification of conditions of

Prob 12B
**Re: Brown, Jason Charles**
**May 27, 2008**
**Page 2**

supervision be imposed with an emphasis on anger management. Mr. Brown has agreed to said modification as evidenced by the attached signed waiver. Should Your Honor have any questions regarding this matter, or would like to review the evidence maintained by the probation office in this matter, please advise the undersigned officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/27/08

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

June 2, 2008

Date